```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

LAWANDA WESTERN,                )
                                )
            Plaintiff,           )
                                )
     v.                          )     No.  10 C 374
                                )
UNITED PARCEL SERVICE, INC.,    )
                                )
            Defendant.           )

## MEMORANDUM ORDER

LaWanda Western ("Western") has filed a self-prepared Complaint of Employment Discrimination against her employer, United Parcel Service, Inc. ("UPS"),[1] charging in Complaint ¶9 that she has been the victim of discrimination based on her color, disability, race and sex and adding in Complaint ¶12 that she was also the victim of retaliation because of her assertion of those protected rights.  Western has accompanied her Complaint with two other Clerk's-Office-supplied forms:  an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion").

To begin with, the Application is a bit confusing.  Although it reflects that Western herself has been but no longer is receiving workers' compensation benefits and has been receiving food stamp assistance, Application ¶3 reports that her husband

---

[1] "Self-prepared" is used in the sense that Western has used the Complaint of Employment Discrimination form furnished by this District Court's Clerk's Office, filling in the requested information in hand-printed form.

George is still employed by UPS and is receiving a $3,600 monthly salary.  Some further information, which must be filed on or before February 5, is needed before this Court can act on the Application and Motion in an informed way.

    Meanwhile this Court notes that Western's Charge of Discrimination was limited to asserted discrimination based on disability only, with no mention of the added grounds referred to in the first paragraph of this memorandum order.  That being the case, this action cannot go forward on those other charged grounds of discrimination or retaliation.  That limitation will no doubt be dealt with more fully when UPS comes into the case.

    _____
    Milton I. Shadur
    Senior United States District Judge

Date:  January 25, 2010