```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

LAWANDA WESTERN,              )
                              )
           Plaintiff,         )
                              )
     v.                       )     No. 10 C 374
                              )
UNITED PARCEL SERVICE, INC.,  )
                              )
           Defendant.         )

## MEMORANDUM ORDER

LaWanda Western ("Western") has waited until the last possible day to file a timely Fed. R. Civ. P. ("Rule") 59(e) Plaintiff's Motion To Reconsider the February 8 dismissal of this action. But Western has indeed gotten under the wire with a showing of her entitlement to in forma pauperis treatment (her husband, a United Parcel Service ["UPS"] employee, is on a short-term disability status that provides insufficient income to meet the couple's expenses). Accordingly this Court:

   1. grants Western leave to proceed without payment of the $350 filing fee;

   2. reinstates Western's employment discrimination complaint against UPS, treating her action as having been brought on its original January 19, 2010 filing date;

   3. grants Western's previously-filed Motion for Appointment of Counsel, having obtained the name of this member of the trial bar to represent Western pro bono publico:

>              Jonathan Edward Strouse, Esq.
>              Holland & Knight LLC
>              131 South Dearborn Street, 30th Floor
>              Chicago IL 60603-2511
>              312.263.3600

and

    4. sets this action for an initial status hearing date at 9:00 a.m. May 5, 2010, with appointed counsel having the responsibility to serve UPS promptly so that before that date it will have filed its responsive pleading and the parties will have engaged in Rule 26 advance disclosures.

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date:  March 10, 2010